IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PETER WEBER | § | |
| | § | |
| v. | § | Case No. 2:13-CV-0995-JRG-RSP |
| | § | |
| PACT XPP TECHNOLOGIES, AG | § | |

## AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING DEFENDANT'S MOTION TO DISMISS ON GROUNDS OF *FORUM NON CONVENIENS*

On March 24, 2015, this Court issued an Order adopting the Magistrate Judge's Report and Recommendation granting PACT XPP Technologies, AG's ("PACT") Motion to Dismiss on Grounds of *Forum Non Conveniens* (*See* Dkt. No. 65, "Order Adopting"; Dkt. No. 64, "Objections"; Dkt. No. 63, "Findings and Recommendation"; Dkt. No. 14, "Motion to Dismiss").

Defendant PACT has filed a Motion to Reconsider (Dkt. No. 66) on March 25, 2015, asking the Court to clarify that the Order Adopting was issued after a *de novo* review of the record by the undersigned. While that was implicit in the Order Adopting, the Court does hereby make it explicit, noting that it conducted a *de novo* determination of those portions of the Findings and Recommendation as to which objection was made under Federal Rule 72(b)(3), and found no error therein. Accordingly, this action is hereby **DISMISSED WITHOUT PREJUDICE** to refiling same in an appropriate court in Germany. The Clerk is directed to close this case.

So ORDERED and SIGNED this 29th day of March, 2015.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE